8/16/12   OCIS Case Summary for CJ-2012-3764- BUTLER, RONALD DOUGLAS v. STATE FARM MUTUAL AUTO...

# OSCN
## THE OKLAHOMA STATE COURTS NETWORK
www.oscn.net

Home | Courts | Court Dockets | Legal Research | Calendar | Help

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| RONALD DOUGLAS BUTLER, <br> Plaintiff, <br> v. <br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br> Defendant. | No. CJ-2012-3764 <br> (Civil relief more than $10,000: <br> BAD FAITH INSURER LIABILITY) <br><br> Filed: 07/19/2012 <br><br> Judge: Cantrell, Daman H. |

## Parties

BUTLER, RONALD DOUGLAS , Plaintiff
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY , Defendant

## Attorneys

**Attorney**
BIBY, JACOB W (Bar # 22063)
2100 SOUTH UTICA
SUITE 215
TULSA, OK 74114

**Represented Parties**
BUTLER, RONALD DOUGLAS

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

**Issue:** BAD FAITH INSURER LIABILITY (INSURE)
**Filed by:** BUTLER, RONALD DOUGLAS
**Filed Date:** 07/19/2012

**Party Name:**
**Defendant:** STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

**Disposition Information:**
Pending.

**Issue # 2.**

**Issue:** BREACH OF AGREEMENT - CONTRACT (CONTRACT)
**Filed by:** BUTLER, RONALD DOUGLAS
**Filed Date:** 07/19/2012


DEFENDANT'S EXHIBIT

8/16/12   OCIS Case Summary for CJ-2012-3764- BUTLER, RONALD DOUGLAS v. STATE FARM MUTUAL AUTO...

| Party Name: | Disposition Information: |
|---|---|
| **Defendant:** STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | Pending. |

## Docket

| Date | Code | Count Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|
| 07-19-2012 | TEXT | 1 | 82305692 | Jul 19 2012 1:01:46:250PM | - | $ 0.00 |
| | | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | |
| 07-19-2012 | INSURE | - | 82305694 | Jul 19 2012 1:01:46:340PM | | Realized $ 0.00 |
| | | BAD FAITH INSURER LIABILITY | | | | |
| 07-19-2012 | DMFE | - | 82305695 | Jul 19 2012 1:01:46:360PM | | Realized $ 2.00 |
| | | DISPUTE MEDIATION FEE($ 2.00) | | | | |
| 07-19-2012 | PFE1 | - | 82305696 | Jul 19 2012 2:23:23:640PM | | Realized $ 163.00 |
| | | PETITION($ 163.00) *Document Available (#1018907547)* | | | | |
| 07-19-2012 | PFE7 | - | 82305697 | Jul 19 2012 1:01:46:360PM | | Realized $ 6.00 |
| | | LAW LIBRARY FEE($ 6.00) | | | | |
| 07-19-2012 | OCISR | - | 82305698 | Jul 19 2012 1:01:46:360PM | | Realized $ 25.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | |
| 07-19-2012 | CCADMIN02 | - | 82305699 | Jul 19 2012 1:01:46:360PM | | Realized $ 0.20 |
| | | COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS($ 0.20) | | | | |
| 07-19-2012 | OCJC | - | 82305700 | Jul 19 2012 1:01:46:360PM | | Realized $ 2.00 |
| | | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND($ 2.00) | | | | |
| 07-19-2012 | OCASA | - | 82305701 | Jul 19 2012 1:01:46:360PM | | Realized $ 5.00 |
| | | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES($ 5.00) | | | | |
| 07-19-2012 | CCADMIN04 | - | 82305702 | Jul 19 2012 1:01:46:360PM | | Realized $ 0.50 |
| | | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.50) | | | | |
| 07-19-2012 | LTF | - | 82305703 | Jul 19 2012 1:01:46:460PM | | Realized $ 10.00 |

8/16/12     OCIS Case Summary for CJ-2012-3764- BUTLER, RONALD DOUGLAS v. STATE FARM MUTUAL AUTO...

LENGTHY TRIAL FUND($ 10.00)

| 07-19-2012 | SMF | - | | 82305704 | Jul 19 2012 1:01:46:500PM | Realized $ 5.00 |

SUMMONS FEE (CLERKS FEE)($ 5.00)

| 07-19-2012 | SMIMA | - | | 82305705 | Jul 19 2012 1:01:46:540PM | Realized $ 0.00 |

SUMMONS ISSUED - MAILED BY ATTORNEY

| 07-19-2012 | TEXT | - | | 82305693 | Jul 19 2012 1:01:46:320PM | - | $ 0.00 |

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CANTRELL, DAMAN H. TO THIS CASE.

| 07-19-2012 | ACCOUNT | - | | 82305725 | Jul 19 2012 1:02:25:110PM | - | $ 0.00 |

RECEIPT # 2012-2403893 ON 07/19/2012.
PAYOR:MARTIN JEAN & JACKSON TOTAL AMOUNT PAID: $218.70.
LINE ITEMS:
CJ-2012-3764: $168.00 ON AC01 CLERK FEES.
CJ-2012-3764: $6.00 ON AC23 LAW LIBRARY FEE.
CJ-2012-3764: $0.70 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2012-3764: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2012-3764: $2.00 ON AC59 OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2012-3764: $2.00 ON AC64 DISPUTE MEDIATION FEES.
CJ-2012-3764: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2012-3764: $10.00 ON AC81 LENGTHY TRIAL FUND.

| 08-07-2012 | S | - | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | 82500084 | Aug 7 2012 1:14:06:863PM | - | $ 0.00 |

PARTY HAS BEEN SUCCESSFULLY SERVED. SUMMONS SERVED FOR OKLAHOMA INSURANCE COMMISSIONER, CERTIFIED MAIL, STAMPED SABRINA S, ON ?
Document Available (#1019192194)

Report Generated by The Oklahoma Court Information System at August 16, 2012 13:14 PM

End of Transmission.

www.oscn.net/applications/oscn/GetCaseInformation.asp?number=cj-2012-03764&db=Tulsa&submitt...

I, Sally Howe Smith, Court Clerk, for Tulsa County, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears on record in the Court Clerk's Office of Tulsa County, Oklahoma, this

AUG 1[?] 2012

By [signature]
Deputy

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

RONALD DOUGLAS BUTLER, )
an individual )
 )
    Plaintiff, )
 )
vs. ) Case No. CJ-2012-03764
 )
STATE FARM MUTUAL )
AUTOMOBILE INSURANCE ) DAMAN CANTRELL
COMPANY, a foreign corporation, ) ATTORNEY LIEN CLAIMED
 )
    Defendant. )

DISTRICT COURT FILED JUL 19 2012

## PETITION

COMES NOW the Plaintiff, Ronald Douglas Butler and for his cause of action against the Defendant, State Farm Mutual Automobile Insurance Company, alleges and states:

1. That on or about March 02, 2012, in the early morning hours the Plaintiff was traveling West in a 1997 Ford F-150 on Highway 412 near Woodward, Oklahoma, when his vehicle hit a large pot hole (hereinafter, the "incident").

2. Immediately thereafter, the rear of Plaintiff's vehicle began to experience a general decline in performance.

3. The morning following the incident on Highway 412, Plaintiff's vehicle was taken to Foss Ford in Liberal, Kansas to be repaired.

4. That Foss Ford determined Plaintiff's rear axle was broken and that all bearings and seals in the rear drive axle and the right rear axle shaft needed to be replaced. In addition, the Plaintiff's right rear wheel was determined to have sustained damage.

5. That at the time, Plaintiff and his 1997 Ford F-150 were insured under a policy of insurance with State Farm known as policy number 231-669-A06-36 (hereinafter, the "policy").

6. That as part of his "policy", the Plaintiff's vehicle was insured for damages sustained directly from the incident on Highway 412 on March 02, 2012.

7. That after the "incident", the Plaintiff submitted a claim for property damage to State Farm and was assigned claim number 36-05P0-480 (hereinafter referred to as the "claim").

8. That after submission of his "claim" State Farm instituted an investigation into the "claim."

9. That upon completion of its investigation, State Farm determined any damage to the rear axle of Plaintiff's vehicle was the result of "wear and tear over time" and was not a loss covered under the "policy" and therefore State Farm denied the "claim."

10. That the damage to the rear axle of the Plaintiff's vehicle was not the result of "wear and tear over time" and was in fact sustained by the "incident" March 02, 2012.

11. That State Farms denial of the "claim" was the result of a flawed, biased and/or incomplete evaluation by its claims personnel.

12. That under the "policy" Plaintiff, Ronald Douglas Butler and Defendant, State Farm owed each other certain contractual duties.

13. That the Plaintiff satisfied all conditions precedent to the contract.

14. That State Farms denial of the "claim" was a breach of contract with the Plaintiff, Ronald Douglas Butler.

15. That as a result of Defendants breach of the contract, Plaintiff sustained damages in excess of $75,000.00.

16. That the Defendant, State Farm owed the Plaintiff, as its insured, a duty to deal with the Plaintiff fairly and in good faith while handling the Plaintiff's "claim."

17. That the defendant, State Farm conducted an investigation that failed to treat its insured, Mr. Butler's interests with the same regard as its own.

18. That the Defendant, State Farm conducted an investigation that failed to give Mr. Butler the benefit of the doubt regarding causation of the damage to his vehicle.

19. That the actions as alleged in paragraphs 12, 14, 17, and 18 breached Defendant, State Farm's duty to deal fairly and in good faith with their insured, Ronald Douglas Butler.

20. That as a result of Defendant, State Farm's breach of the duty of good faith and fair dealing the Plaintiff sustained damages in an amount in excess of $75,000.00.

21. That at all times herein Plaintiff has been a resident of Tulsa, Tulsa County, Oklahoma and his "policy" and subsequent "claim" were handled in Tulsa, Tulsa County, Oklahoma thus rendering jurisdiction proper in this court.

WHEREFORE, premises considered, Plaintiff, Ronald Douglas Butler, asks for judgment for property damage, breach of contract, and bad faith against the Defendant in an amount in excess of $75,000.00, plus attorney fees, court costs, prejudgment interest, postjudgment interest, and what other further relief this finds allowable by law.

Jacob W. Biby OBA# 22063
MARTIN JEAN & JACKSON
Attorneys for the Plaintiff
P.O. Drawer 1588
Ponca City, OK 74602
(580) 765-9967 – Telephone
(580) 765-5433 – Fax
jbiby@mjjlawfirm.com

I, Sally Howe Smith, Court Clerk, for Tulsa County, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears on record in the Court Clerk's Office of Tulsa County, Oklahoma, this AUG 16 2012

By _____ Deputy

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA



RONALD DOUGLAS BUTLER,
an individual

    Plaintiff,

vs.

Case No. CJ-2012- **CJ-2012-03764**

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, a foreign corporation,

    Defendant.

ATTORNEY LIEN CLAIMED

DISTRICT COURT
**F I L E D**
AUG -7 2012
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

### ORIGINAL SUMMONS

ATTENTION: Sheriff, Deputy Sheriff, Process Server

When service has been made, immediately return this copy to the Court Clerk who issued it.

Please serve the attached summons on: State Farm Mutual Automobile Insurance Company

Plaintiff or Attorney for Plaintiff:
Jacob W. Biby, OBA #22063
Martin Jean & Jackson
Attorneys for Plaintiff
2100 South Utica, Suite 215
Tulsa, Oklahoma 74114
918-743-4000 Telephone
918-743-4001 Facsimile

Process Server, _____,
appointed to serve, PSL No.

Authorized by

TO THE ABOVE NAMED DEFENDANT(s):

You have been sued by the above named plaintiff(s), and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff.

Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

SALLY HOWE SMITH, COURT CLERK
**COUNTY COURT CLERK

Issued this ___ day of _____, 2012.

By _____
Deputy Court Clerk

TO THE ABOVE NAMED DEFENDANT(s)

This summons was served on _____.

_____
Signature of person serving summons

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.





I, Sally Howe Smith, Court Clerk, for Tulsa County, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears on record in the Court Clerk's Office of Tulsa County, Oklahoma, this

AUG 16 2012

By _____
Deputy