IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. RONALD DOUGLAS BUTLER, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>1. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation,<br><br>        Defendant. | Case No. CIV-12-00474-GKF-FHM<br><br>*Honorable Gregory K. Frizzell* |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Ronald Douglas Butler, and Defendant, State Farm Mutual Automobile Insurance Company, jointly stipulate to the dismissal with prejudice of the above-referenced matter and all claims asserted or which could have been asserted by Plaintiff against Defendant, with each party to bear their own attorney's fees and costs.

Respectfully submitted,

*s/ Jacob W. Biby*
Jacob W. Biby, OBA #22063
jbiby@mjjlawfirm.com
**MARTIN, JEAN & JACKSON**
2100 S. Utica Ave., Suite 215
Tulsa, Ok 74114
Telephone: (918) 743-4000
Facsimile: (918) 743-4001
**ATTORNEY FOR PLAINTIFF**

/s/ *Joseph T. Acquaviva, Jr.*
Joseph T. Acquaviva, Jr., OBA #11743
**WILSON, CAIN & ACQUAVIVA**
300 Northwest 13th Street, Suite 100
Oklahoma City, OK 73103
Telephone: (405) 236-2600
Facsimile: (405) 231-0062
JTAcqua@aol.com
**ATTORNEY FOR DEFENDANT,
STATE FARM MUTUAL AUTOMOTIVE
INSURANCE COMPANY**